### 8811. GLAUSON *v.* COLLIER.

BROYLES, P. J. A mortgage was foreclosed on personalty; and an affidavit of illegality was filed by the mortgagor. By consent the case was submitted to the judge to pass-on all questions of law and fact, without the intervention of a jury. Judgment was rendered in favor of the plaintiff, for $545.60 principal, $54.65 interest to date, and all future interest at the rate of 8 per cent. per annum, and costs of suit. The defendant excepted to this judgment; also to the admission of certain documentary evidence, contending that it was irrelevant. There was some evidence, outside of this alleged illegal evidence, which authorized the judgment; and it is not made to appear that the admission of such documentary evidence, even if it were irrelevant, was harmful to the plaintiff in error.

> *Judgment affirmed. Bloodworth and Harwell, JJ., concur.*
> DECIDED OCTOBER 31, 1917.

Affidavit of illegality of execution; from city court of Zebulon—Judge Dupree. March 15, 1917.

*Redding & Lester,* for plaintiff in error.

*Cleveland & Goodrich,* contra.

---

### 8834. GARNER *v.* FARMERS AND MERCHANTS BANK.
### 8837. SMITH *v.* FARMERS AND MERCHANTS BANK.

JENKINS, J. Each of these cases being controlled by the rulings in *Sloan v. Farmers & Merchants Bank,* 20 Ga. App. 123 (92 S. E. 893), *Hanes v. Farmers & Merchants Bank,* 20 Ga. App. 129 (92 S. E. 896), and *Evans* v. *Farmers & Merchants Bank,* 20 Ga. App. 739 (93 S. E. 231), there was no error on the part of the trial judge in sustaining the demurrer to the amended answer and striking it, or in thereafter directing a verdict for the plaintiff for the full amount sued for.

> *Judgment affirmed. Wade, C. J., and Luke, J., concur.*
> DECIDED OCTOBER 31, 1917.

Complaint; from White superior court—Judge J. B. Jones. April 9, 1917.

*G. S. Kytle, C. H. Edwards, B. P. Gaillard Jr.,* for plaintiffs in error. *Underwood & Henderson, W. A. Charters,* contra.